## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-12476 |
| | * | |
| VAUGHAN GUIDRY | * | CHAPTER 7 |
| | * | |
| DEBTOR | * | SECTION B |
| | * | |

**************************************

### CONSENT ORDER

Considering the Debtor's *Motion to Reopen Case and for Approval to Sue for Violation of the Discharge Injunction* [**P-18**] and the *Response* [**P-21**] filed by Creditor, Nationstar Mortgage, LLC D/B/A Mr. Cooper Mortgage ("Nationstar" or "Creditor") which is currently set for hearing on February 3, 2020 at 9:00 a.m., and the agreement between the parties:

**IT IS ORDERED** that the Debtor's *Motion to Reopen Case* [**P-18**] is hereby GRANTED IN PART AND RESERVED IN PART.

**IT IS FURTHER ORDERED** that the Debtor's Chapter 7 Case is reopened for the limited purpose of (1) conducting discovery to determine the propriety of filing an adversary proceeding or contested matter regarding the allegations surrounding the recording of the mortgage between Debtor and Taylor, Bean & Whitaker Mortgage Corporation by Act of Notarial Deposit and the collection efforts by Nationstar concerning the subject mortgage, and (2) allowing the filing of said adversary or contested matter.

**IT IS FURTHER ORDERED** that Debtor, Vaughan Guidry, waives any claim for damages arising from the granting of this consent order.

**IT IS FURTHER ORDERED** that Debtor's request for costs and attorney's fees associated with the re-opening of the bankruptcy case and filing of his *Motion to Reopen* [**P-18**] is

51807104;1

RESERVED until, in the event Debtor files an adversary proceeding or contested matter, the court determines whether Nationstar violated Debtor's discharge injunction.

**IT IS FURTHER ORDERED** that counsel for Debtor shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 30, 2020.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

CONSENTED AND AGREED:

DATED: January 30, 2020  /s/ *Benjamin G. Torian*
LINDSAY M. YOUNG (#31263)
BENJAMIN G. TORIAN (#34122)
Galloway, Johnson, Tompkins,
Burr and Smith
328 Settlers Trace Blvd.
Lafayette, LA 70508
Phone: (337) 735-1760
Fax: (337) 993-0933
*Counsel for Nationstar Mortgage, LLC*
*d/b/a Mr. Cooper Mortgage*

DATED: January 30, 2020  /s/*Kaja S. Elmer*
ANGELINA CHRISTINA (#28530)
KAJA S. ELMER (#35568)
Akerman LLP
909 Poydras Street, Suite 2000
New Orleans, LA 70112
Phone: (504) 586-1241
Fax: (504) 584-9142
*Counsel for Nationstar Mortgage LLC*
*d/b/a Mr. Cooper Mortgage*

51807104;1

DATED: January 30, 2020            */s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV (#20164)
DAVID M. SERIO (#34760)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Phone: (504) 837-1230
Fax: (504) 832-0322
*Counsel for Debtor*

51807104;1